AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JANE ELIZABETH ROBERTS, JON ALLEMAN, MICHELLE ANDREWS, GINGER BENNETT, LANI LAGANOWSKI, IGNA MILLER, et al., *Plaintiff* v. SHRINERS HOSPITALS FOR CHILDREN, SHRINERS HOSPITALS FOR CHILDREN - SPOKANE BEVERLY BOKOVITZ, FRANCES FARLEY, et al., *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:23-CV-0295-TOR |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2024

SEAN F. McAVOY, CLERK

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Shriner's Motion to Dismiss (ECF No. 32) is GRANTED. Plaintiffs' claims against Defendants Shriners Hospitals for Children, Shriners Hospitals for Children Spokane, Beverly Bokovitz, Frances Farley, Jerry Gantt, John McCabe, Phillip Grady, and Peter Brewer are DISMISSED WITH PREJUDICE.
Defendant Governor Jay Inslee's Motion to Dismiss (ECF No. 36) is GRANTED. All pending claims against Defendant Inslee are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on the Motions to Dismiss (ECF Nos. 32, 36).

Date: March 19, 2024

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry